■   CATHERINE MASTERSON, an Infant, by Her Guardian ad Litem, MARGARET MASTERSON, et al., Respondents, v. HALPY CAB CORP. et al., Appellants.— In an action against the owner and the operator of a taxicab to recover damages for personal injuries alleged to have been received by an infant when she was struck by the taxicab, and by her mother for medical expenses and loss of services, the appeal is from a judgment in favor of the infant and her mother entered on the verdict of a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.